AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Lax et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 22-cv-6793 |
| City University of New York et al. ) | |
| *Defendant* ) | |

### APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear* in this case as counsel for:

Anthony Alessandrini, Elizabeth Dill, Libby Garland, Matthew Gartner, Kate Perrea, Emily Schnee and Dominick Wetzel.

Date: 01/19/2023

/s/
*Attorney's signature*

Remy Green, 5505300
*Printed name and bar number*

Cohen&Green PLLC
1639 Centre St., Suite 216
Ridgewood, NY 11385

*Address*

remy@femmelaw.com
*E-mail address*

(929) 888-9480
*Telephone number*

(929) 888-9457
*FAX number*

*Appearance is subject to the conflict issues discussed in the letter filed with this appearance