UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Lax et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 22-cv-6793 |
| City University of New York et al | ) |
| *Defendant* | ) |

APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Anthony Alessandrini, Elizabeth Dill, Libby Garland, Matthew Gartner, Kate Perrea, Emily Schnee and Domir .

Date:   01/25/2023

/s/ Jonathan Wallace
*Attorney's signature*

Jonathan Wallace 1733757
*Printed name and bar number*
PO 728
Amagansett NY 11930

*Address*

jonathan.wallace80@gmail.com
*E-mail address*

(917) 359-6234
*Telephone number*

*FAX number*