

| | THE CITY OF NEW YORK | |
|---|---|---|
| **SYLVIA O. HINDS-RADIX** <br> *Corporation Counsel* | **LAW DEPARTMENT** <br> 100 CHURCH STREET <br> NEW YORK, NY 10007 | **MAXWELL D. LEIGHTON** <br> Assistant Corporation Counsel <br> Phone: 212-356-2472 <br> E-mail: mleighto@law.nyc.gov |

January 26, 2023

**By ECF**
Honorable Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: Lax, et al. v. The City University of New York, et al.,
      Docket No. 22 Civ. 6793 (NGG)(PK)

Dear Judge Kuo:

  I am an Assistant Corporation Counsel in the Office of Sylvia O. Hinds-Radix, attorney for Defendant City University of New York ("CUNY") in the above-referenced matter. With the Court's grant yesterday of an extension *sine die* for the defendants represented by Mx. Green and Mr. Wallace, and the February 24th appearance converted to a pre-motion conference as to the application of *Colorado River* abstention, I respectfully request, on behalf of Defendant CUNY and Defendant Claudia V. Schrader,[1] that their time to respond to the Complaint, presently January 31, 2023, likewise be extended *sine die*. No prior request has been made, and plaintiffs' counsel consents to this request.

  I thank the Court for its consideration of the foregoing.

                 Respectfully submitted,
                 /s

                 Maxwell D. Leighton
                 Assistant Corporation Counsel

cc: Counsel of Record

---

[1] Upon information and belief, Ms. Schrader, the President of CUNY's Kingsborough Community College, was properly served with process. Accordingly, though she is not yet represented by this office, I make this extension request on her behalf.