UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

JEFFREY LAX, SUSAN ARANOFF, RINA YARMISH, MICHAEL GOLDSTEIN, and MICHELLE DAVIDOWITZ,,

                     Plaintiffs,

-against-

THE CITY UNIVERSITY OF NEW YORK, THE PROFESSIONAL STAFF CONGRESS, THE NEW CAUCUS OF THE PROFESSIONAL STAFF CONGRESS, CLAUDIA V. SCHRADER, MICHAEL SPEAR, JAMES DAVIS, MICHAEL VALENTE, MARGARET FEELEY, DOMINIC WETZEL, EMILY SCHNEE, BARBARA BOWEN, MATTHEW GARTNER, ANTHONY ALESSANDRINI, ELIZABETH DILL, KATHERINE PEREA, LIBBY GARLAND, and PATRICK LLOYD,

                     Defendant.

Civil Action No.
22-cv-06793 (NGG)(PK)

------------------------------------------------------------------------- x

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE, that the undersigned appears as counsel on behalf of the Defendants The Professional Staff Congress, James Davis and Barbara Bowen, is admitted in this Court, and files this Notice of Appearance to receive email notification service through the Court's ECF system in connection with all future correspondence and papers related to this action, at hkolko@cwsny.com.

Dated: New York, New York
       January 30, 2023

                                       /s/ Hanan B. Kolko
                                       Hanan B. Kolko
                                       COHEN, WEISS AND SIMON LLP
                                       900 Third Avenue, Suite 2100
                                       New York, NY 10022-4869
                                       hkolko@cwsny.com
                                       (212) 563-4100

                                       Counsel for Defendants The Professional Staff
                                       Congress, James Davis and Barbara Bowen

9896385.1