UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

JEFFREY LAX, SUSAN ARANOFF, RINA YARMISH,
MICHAEL GOLDSTEIN, and MICHELLE
DAVIDOWITZ,,

                              Plaintiffs,

                     -against-

THE CITY UNIVERSITY OF NEW YORK, THE
PROFESSIONAL STAFF CONGRESS, THE NEW
CAUCUS OF THE PROFESSIONAL STAFF CONGRESS,
CLAUDIA V. SCHRADER, MICHAEL SPEAR, JAMES
DAVIS, MICHAEL VALENTE, MARGARET FEELEY,
DOMINIC WETZEL, EMILY SCHNEE, BARBARA
BOWEN, MATTHEW GARTNER, ANTHONY
ALESSANDRINI, ELIZABETH DILL, KATHERINE
PEREA, LIBBY GARLAND, and PATRICK LLOYD,

                         Defendant.

-------------------------------------------------------------------------- x

Civil Action No.
22-cv-06793 (NGG)(PK)

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE, that the undersigned appears as counsel on behalf of

the Defendants The Professional Staff Congress, James Davis and Barbara Bowen, is admitted in

this Court, and files this Notice of Appearance to receive email notification service through the

Court's ECF system in connection with all future correspondence and papers related to this

action, at mhahn@cwsny.com.

Dated: New York, New York
       January 30, 2023

                                      */s/ Marie B. Hahn*
                                      Marie B. Hahn
                                      COHEN, WEISS AND SIMON LLP
                                      900 Third Avenue, Suite 2100
                                      New York, NY 10022-4869
                                      mhahn@cwsny.com
                                      (212) 563-4100

                                      Counsel for Defendants The Professional Staff
                                      Congress, James Davis and Barbara Bowen