# The Zweig Law Firm P.C.

JONAH S. ZWEIG
NAFTALI I. ZWEIG
DANIEL FELDMAN
DANIEL P. RIFKIN
MICHAEL GOITEIN
ATTORNEYS AT LAW

March 7, 2023

**Via ECF**
Honorable Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Lax, et al. v. The City University of New York, et al.*
Docket No. 1:22-cv-06793-NGG-PK

Dear Honorable Kuo:

This correspondence is respectfully submitted in compliance with Court directives resulting from the pre-motion conference held by telephone on February 24, 2023, wherein the parties were directed to confer and to file a letter by March 7, 2023 advising the Court as to whether the related State Court action would be withdrawn or remain active.

The undersigned respectfully submits that plaintiffs' counsel has been unable to contact and confer with each of the plaintiffs in time to submit the directed letter. The undersigned respectfully requests an additional 10 days to afford sufficient time to fully confer with defense counsel and contact each of the respective plaintiffs so as to be able to comply with the Court's directive.

We thank the Court for its consideration.

Respectfully,

Jonah S. Zweig, Esq.

Cc: All counsel of Record (Via ECF)

JZWEIG@ZWEIGPC.COM
P: 718.971.9716 Ext 1
F: 718.233.9847
WWW.THEZWEIGLAWFIRM.COM
999 CENTRAL AVENUE, SUITE 100-D
WOODMERE, NEW YORK 11598