# The Zweig Law Firm P.C.

JONAH S. ZWEIG
NAFTALI I. ZWEIG
DANIEL FELDMAN
DANIEL P. RIFKIN
MICHAEL GOITEIN
ATTORNEYS AT LAW

March 17, 2023

**Via ECF**
Honorable Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Lax, et al. v. The City University of New York, et al.*
Docket No. 1:22-cv-06793-NGG-PK

Dear Honorable Kuo:

  This correspondence is respectfully submitted in compliance with Court directives resulting from the pre-motion conference held by telephone on February 24, 2023, wherein the parties were directed to confer and to file a letter by March 7, 2023 advising the Court as to whether the related State Court action would be withdrawn or remain active, and upon the adjournment of said deadline to March 17, 2023.

  Upon conferring with the plaintiffs, the undersigned respectfully advises that plaintiffs have chosen to withdraw and discontinue the instant suit and will instead continue to prosecute their claims in State Court. Said discontinuance will be effected within the coming days in accordance with appropriate procedure.

  We thank the Court for its courtesies in the handling of this action.

Respectfully,

Jonah S. Zweig, Esq.

Cc: All counsel of Record (Via ECF)

JZWEIG@ZWEIGPC.COM
P: 718.971.9716 Ext 1
F: 718.233.9847
WWW.THEZWEIGLAWFIRM.COM
999 CENTRAL AVENUE, SUITE 100-D
WOODMERE, NEW YORK 11598