UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

JEFFREY LAX, SUSAN ARANOFF, RINA YARMISH,
MICHAEL GOLDSTEIN, and MICHELLE DAVIDOWITZ,

                            Plaintiffs,

– against –

THE CITY UNIVERSITY OF NEW YORK, THE
PROFESSIONAL STAFF CONGRESS, THE NEW
CAUCUS OF THE PROFESSIONAL STAFF CONGRESS,
CLAUDIA V. SCHRADER, MICHAEL SPEAR, JAMES
DAVIS, MICHAEL VALENTE, MARGARET FEELEY,
DOMINIC WETZEL, EMILY SCHNEE, BARBARA
BOWEN, MATTHEW GARTNER, ANTHONY
ALESSANDRINI, ELIZABETH DILL, KATHERINE
PEREA, LIBBY GARLAND, and PATRICK LLOYD,

                            Defendants.

--------------------------------------------------------------------X

Civil Action No.: 1:22-cv-6793

**FRCP § 41(a)(1)**
**NOTICE OF DISMISSAL**

**PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure permitting dismissal of an action by the plaintiff, without order of court, by the filing of a notice of dismissal at any time before service by the adverse party of an answer or a motion for summary judgment, plaintiffs, JEFFREY LAX, SUSAN ARANOFF, RINA YARMISH, MICHAEL GOLDSTEIN, and MICHELLE DAVIDOWITZ, by and through their counsel, THE ZWEIG LAW FIRM, P.C., hereby dismiss the above-entitled action without prejudice.

Dated: Woodmere, New York
       April 10, 2023

                                  Yours, etc.,
                                  THE ZWEIG LAW FIRM, P.C.

                        By: _____
                            Jonah S. Zweig, Esq.

Attorneys for Plaintiffs
*Office and P.O. Address:*
999 Central Avenue, Suite 100-D
Woodmere, New York 11598
(718) 971-9716 Ext. 1
jzweig@zweigpc.com